UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

MARPLE FLEET LEASING, LLC,

    Plaintiff,

v.    Case No:   6:25-cv-2087-RBD-LHP

ORLANDO RENTCO, LLC and
REMON AZIZ,

    Defendants

## ORDER

Before the Court is a Motion for Entry of Default by Clerk, through which Plaintiff seeks Clerk's default against Defendant Orlando Rentco, LLC.  Doc. No. 14.  On review, the motion will be **DENIED without prejudice**.

First, the motion fails to comply with the Local Rules, including Local Rules 1.08 and 3.01(b).  Second, the motion does not adequately address, with citation to legal authority, that service of process on Defendant Orlando Rentco, LLC was proper.  *See generally United States v. Donald*, No. 3:09-cv-147-J-32HTS, 2009 WL 1810357, at *1 (M.D. Fla. June 24, 2009) (before a Clerk's default can be entered against a defendant, the Court must determine that the defendant was properly served).

Specifically, the return of service states that Defendant Orlando Rentco LLC was to be served care of its registered agent, Jonathan H. Green & Associates, P.A. Doc. No. 13.  Service was effected by leaving the summons and amended complaint with "Cynthia Rivas, Administrative Assistant," at the address of "901 PONCE DE LEON BLVD., SUITE <u>601</u> CORAL GABLES, FL 33134."  *Id.* (emphasis added).  However, although records from Florida's Department of State list Jonathan H. Green & Associates, P.A. as Defendant Orlando Rentco LLC's registered agent, the address provided is slightly different: "901 PONCE DE LEON BLVD., SUITE <u>303</u> CORAL GABLES, FL 33134."[1]

Plaintiff does not explain this discrepancy nor provide a legal basis for which it claims service was effective under the Federal Rules of Civil Procedure, Florida law, or both.  Doc. No. 14.  And Federal Rule of Civil Procedure 4 does not appear to authorize service on an LLC by service on an administrative assistant, absent indication that said assistant is an agent authorized by appointment or law to receive service of process.  *See* Fed. R. Civ. P. 4(h).  Moreover, while Florida law may allow service on an employee of a registered agent where the registered agent

---

[1] Records maintained by the Florida Department of State, Division of Corporations, are available at https://search.sunbiz.org/Inquiry/CorporationSearch/ByName.  The records for Defendant Orlando Rentco, LLC are accessible by entering "Orlando Rentco, LLC" into the "Entity Name" field.  Those records state that the address for the registered agent was updated effective December 3, 2025, before service of process was effected on December 10, 2025 in this case.  *See* Doc. No. 13.

is not a natural person, *see* Fla. Stat. § 48.091(4)(c), the return of service here does not state whether Cynthia Rivas is an employee of the registered agent, nor did service occur at the address provided for the registered agent in public records.

For these reasons, the motion (Doc. No. 14) is **DENIED without prejudice**. Plaintiff shall file a renewed motion within **fourteen (14) days** of this Order, which must include a memorandum of legal authority establishing that service of process on Defendant Orlando Rentco, LLC was proper under applicable law.

**DONE** and **ORDERED** in Orlando, Florida on January 12, 2026.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties